CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 29000.)

NEW YORK TELEPHONE COMPANY, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 29001.)

BROOKLYN UNION GAS COMPANY, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 29002.)

Argued February 28, 1951; decided April 5, 1951.

*Jacob H. Goetz* and *Henry S. Reeder* for Consolidated Edison Company of New York, Inc., appellant.

*Frank A. Fritz, Ralph W. Brown* and *A. T. Antinozzi* for New York Telephone Company, appellant.

*Edmund B. Naylon* and *George Foster, Jr.,* for Brooklyn Union Gas Company, appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel M. Cohen* and *Wendell P. Brown* of counsel), for respondent.

In each case: Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.